AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2026

SEAN F. MCAVOY, CLERK

JESSICA A.,
*Plaintiff*
v.
FRANK BISIGNANO,
Commissioner of Social Security,
*Defendant*

Civil Action No. 2:25-CV-0498-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED.
Defendant's Response Motion (ECF No. 15) is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 10/14/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*